UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  NEW YORK

---------------------------------------------------------
TUFAMERICA, INC.

        -against-

ROY HAMMOND
---------------------------------------------------------

Docket  Number : 99 CV 10369 (LAP)

NOTICE  OF  REASSIGNMENT

The above-entitled action is reassigned to the calendar of :

JUDGE LORETTA A. PRESKA

All further  documents submitted in this action shall bear the new Judge's initials after the docket number:

(LAP)

[  ]  *IMPORTANT* –If this box is checked, this case is now assigned to the Court's Electronic Case Filing (ECF) System.  All further documents must be filed electronically, not on paper.  Please visit www.nysd.uscourts.gov  for more information.

The attorney(s) for the plaintiff(s)  is requested to serve a copy of this Notice of Reassignment on all defendants.

Ruby J. Krajick
Clerk

Dated: 01/26/2011

By: PHYLLIS ADAMIK
Deputy Clerk

RUBY J. KRAJICK          **UNITED STATES DISTRICT COURT**          WWW.NYSD.USCOURTS.GOV

CLERK OF COURT

SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# Introduction to Electronic Case Filing (ECF)

On December 1, 2003, the U.S. District Court for the Southern District of New York introduced a new Electronic Case Filing (ECF) system.  The system is designed to give maximum flexibility to both litigants and the Court, by allowing for ease of filing and around the clock access to documents.
*In cases designated for ECF, parties will be <u>required</u> to file documents electronically*.

Parties may view, file and receive service of documents over the Internet, 24 hours a day, seven days a week.  The system will apply to both civil and criminal cases, and is similar to the system currently operated by the Eastern District Court of New York, and the Bankruptcy Court for the Southern District.

To learn more about ECF, go to the Court's website, <u>www.nysd.uscourts.gov</u> and follow these steps:

•     Click on the "<u>CM-ECF</u>" page to learn more about the system.

•     Attorneys should use the "<u>Attorney Registration</u>" page to register now on-line for an ECF Filing User password.  A PACER password is not the same as an ECF password.  **You must have an ECF password in order to file documents electronically.**

•     Read the Court's rules for electronic filing on the ECF "<u>Policies and Procedures</u>" page.

•     Learn to use the ECF system, and sign up for training classes on the "<u>ECF Training</u>" page.

•     Use the "<u>Point of Contact</u>" (POC) page to register to be a POC between your firm and the Court.  POC's will be the first to be notified by email of interruptions in service, system upgrades, and trouble shooting tips. You don't have to be an attorney to be a POC.

- Learn what computer hardware and software you will need to use ECF on the "System Requirements" page.

- Sign up now for a SDNY PACER account if you don't already have one. Call PACER at (800) 676-6856, or go to http://pacer.psc.uscourts.gov  You will need PACER to access ECF.

- Call our ECF Help Desk if you have further questions: Monday - Friday, 8:30 AM-7:00 PM at (212)805-0800.

**WWW.NYSD.USCOURTS.GOV**